Exhibit "B"


   

Home     Shop Consumer Solutions     Commercial Solutions     Fuel & Tank Services (FTS)     Blog     About     Resources     Contact     Podcast

# SIDESTEPPING FUEL DISTRIBUTION SYSTEM SNAGS

Posted by: Erik Bjornstad

The more you know about the nationwide problems of microbial contamination in stored fuel, the less it should surprise you to ever find microbial presence in storage tanks. That's partly because storage tanks are just one element of the large fuel distribution system that takes fuel from its refinery beginnings to its storage tank conclusion.

**Share This Article!**





You can do everything you think is right to take care of your fuel, keep the tank clean, control water, good housekeeping measures, etc. And yet you're still at the mercy of what everyone else is not doing. And the nature of microbial activity means if someone in the chain is being sloppy or not paying attention, it increases the chances that your stored fuel in your storage tank may get bitten by the microbial bugs.

## It Starts Clean, But…..

Zooming out, the fuel distribution system on a national level shows how this is true. Fuel starts out clean and sterile enough at the refinery, but it's all down hill from there. On its journey from the refinery to the terminal to the regional distribution point and finally to the end user, it's going through storage tanks and pipelines and transportation modes, all of which can have microbial presence in them.



**Subscribe to blog email updates**

Get Fuel Expertise Delivered to Your inbox

9:41:14 AM 7/15/2022