# Exhibit A

Exhibit A

Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302

SCIENCE PHOTO LIBRARY LTD.,

    Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

    Defendant.

---

### DECLARATION OF GRIFFIN C. KLEMA, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for defendant Bell Performance, Inc. in this matter. I submit this declaration in support of its motion for extension of time to respond to plaintiff Science Photo Library Ltd.'s complaint.

2. I am a true solo practitioner, and my firm does not employ any associate attorneys and I do not have any partners. Nor do I employ a paralegal. All legal work is performed by me.

3. On Thursday, December 28, 2023, Bell Performance contacted me and subsequently engaged my firm to defend it this lawsuit. Since mid-2023, my family and I had a pre-planned vacation to Wisconsin starting December 21, 2023, and concluding on Sunday January 7, 2024. Given my absence from Florida, I could not devote adequate time to evaluate Bell Performance's defense and prepare a response to the complaint.

4. Given the timing of my absence combined with the deadline for a response to Science Photo Library's complaint, I attempted to reach plaintiff's counsel by telephone and spoke with Hali Thomas, who advised that attorney Daniel DeSouza was unavailable. I advised that I was requesting an extension of time, and she advised that she would convey the message to Mr. DeSouza.

5. As of the date of defendant's motion for extension of time, I have not been able to contact Mr. DeSouza to confer regarding the requested extension. However, in another matter respecting effectively identical copyright infringement claims brought by a different plaintiff against a different defendant, Mr. DeSouza and his client declined to provide an extension of time.

Dated: December 29, 2023.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
Attorney for Defendants