# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCIENCE PHOTO LIBRARY
LIMITED,

        Plaintiff,

v.                                                              Case No:   6:23-cv-2302-PGB-LHP

BELL PERFORMANCE, INC.,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT BELL PERFORMANCE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 10)
>
> **FILED:** December 29, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Middle District of Florida Local Rules. *See* Local Rule 3.01(g)(3) ("If the opposing party is unavailable before the motion's filing, the movant after filing must try diligently for three days to contact the

opposing party. Promptly after either contact or expiration of the three days, the movant must supplement the motion with a statement certifying whether the parties have resolved all or part of the motion."). The motion also fails to comply with Local Rule 1.08.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties