UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302

SCIENCE PHOTO LIBRARY LTD.,

     Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

     Defendant.

## DEFENDANT BELL PERFORMANCE'S UNOPPOSED RENEWED AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Bell Performance, Inc., by and through its attorney, Griffin Klema, Esq., and pursuant to Fed. R. Civ. P. 6, Local Rule 3.01, and the Court's Order, [DE 11], denying without prejudice Defendant's Motion for Extension of Time, [DE 10], renews its motion for an extension of time to respond to plaintiff's complaint, [DE 1]. Plaintiff does not oppose the relief sought in this motion.

Plaintiff Science Photo Library Limited commenced this lawsuit by filing its complaint on November 30, 2023—more than three years after it alleges the infringement occurred: January 18, 2019 [DE 1 at ¶ 20].

Science Photo Library served the original process on defendant on December 8, 2023. [DE 9]. Defendant Bell Performance then engaged the undersigned counsel on December 28, 2023, with one day left before its deadline to respond to the complaint: December 29, 2023. Declaration of Griffin Klema, [DE 10-1]. The original motion for an extension of time was filed prior to the deadline. Fed. R. Civ. P. 12(a)(1)(A)(i). While the Court denied the motion without prejudice, [DE

11], the parties conferred subsequent to the Court's order in compliance with Local Rule 3.01(g)(3), and hereby supplement the prior motion and certify in the instant renewed motion that plaintiff dies not oppose the relief sought by defendant.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time ... if a request is made, before the original time or its extension expires ...." Fed. R. Civ. P. 6(b)(1). The standard is a liberal one, and "an application for enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4b CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FED. PRACTICE AND PROCEDURE, § 1165, at 552 (3d ed. 2002).

Here, there is good cause to grant Bell Performance a reasonable extension of time, as previously supported by the declaration of the undersigned. [DE 10-1]:

1. the undersigned counsel is a true solo practitioner;
2. the deadline occurs at a time when defense counsel had a pre-planned vacation;
3. the amount of time available to prepare a response to the complaint was effectively 48 hours;
4. the deadline for a response falls between Christmas and New Year's day;
5. an additional 30 days is reasonable, and will not lead to an unreasonable delay.

Besides good cause for the extension of time, there does not appear to be any prejudice that would result to Science Photo Library if the extension were granted.

**WHEREFORE**, defendant Bell Performance, Inc. requests the Court enter an order granting this motion for extension of time to respond to plaintiff's complaint [DE 1], through and including January 29, 2024; and for such further relief as the Court deems just and proper.

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 3.01(g), Counsel for the movant certifies that on January 8, 2024, he conferred with plaintiff's counsel by email following the Court's order, and, provided "the extra 'this is a copyright trolling lawsuit' stuff to not be [in the motion]" agreed that plaintiff Science Photo Library Ltd. would not oppose the relief sought herein.

       /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*