# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SCIENCE PHOTO LIBRARY LIMITED,**

      Plaintiff,

v.                                       Case No: 6:23-cv-2302-PGB-LHP

**BELL PERFORMANCE, INC.,**

      Defendant.
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Defendant has failed to comply with the Court's Order of December 1, 2023 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

Therefore, it is **ORDERED** that Defendant shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on January 19, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record