UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCIENCE PHOTO LIBRARY
LIMITED,

        Plaintiff,

v.                                       Case No:   6:23-cv-2302-PGB-LHP

BELL PERFORMANCE, INC.,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT BELL PERFORMANCE'S UNOPPOSED RENEWED AND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 12)**
>
> **FILED:** January 16, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant requests an extension of time to file its response to the complaint. Doc. No. 12. The Court denied Defendant's first request for extension of time to file its response to the complaint for failure to comply with Local Rules 1.08 and

3.01(g). Defendant's renewed motion, though now including a conferral certification as required under Local Rule 3.01, still is not compliant with the typography requirements of Local Rule 1.08. *See* Local Rule 1.08. Moreover, because Defendant filed this motion nearly three weeks after its original deadline to respond to the complaint, Defendant must establish this delay was due to excusable neglect. *See* Fed. R. Civ. P. 6(b)(1)(B). Defendant's motion includes no reference to the excusable neglect standard.

In this one instance, given both the unopposed nature of Defendant's motion and Defendant's representations in its motion, the Court will not deny Defendant's motion on the above grounds. However, further motions that fail to comply with the Middle District of Florida Local Rules and all other applicable legal standards will be stricken or denied. Accordingly, Defendant's motion (Doc. No. 12) is **GRANTED** and Defendant shall answer or otherwise respond to Plaintiff's complaint on or before **January 29, 2024.**

**DONE** and **ORDERED** in Orlando, Florida on January 19, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties