UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LTD.,

    Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

    Defendant.

## RESPONSE OF BELL PERFORMANCE INC. AND GRIFFIN C. KLEMA, ESQ. TO THE COURT'S ORDER TO SHOW CAUSE

Defendant, Bell Performance, Inc., and its counsel, Griffin Klema, Esq., pursuant to the Court's order, [ECF 13] hereby show cause.

The Court's scheduling order required the Local Rule 1.07 notice of related cases and Local Rule 3.03 corporate disclosure statement to be filed within 14 days "from the date of a party's first appearance." [ECF 6 at 1]. Bell Performance appeared through the undersigned on December 29, 2023, seeking an extension of time to respond to plaintiff's complaint. [ECF 10]. The deadline for the administrative disclosures required by the local rules therefore became January 12, 2024.

Upon returning from a preplanned vacation and during the week of January 8th, the undersigned had planned an IT infrastructure transition which, at the time of first appearance, was not forecasted to be a considerable event lasting more than a few

days. Decl. of Griffin C. Klema, Esq., attached as Exhibit A. That was also part of the basis for the date requested in the extension of time (though unstated). No other associate attorneys or paralegals are employed by Klema Law, PL, and the undersigned practices as a true solo. Id.

During the onboarding of that new information technology equipment, a potential security matter was observed resulting in urgent attention of the undersigned and extensive disruption to the firm's normal operations. Id. That negatively impacted compliance with the Court's order within the prescribed timeframe.

As an intellectual property firm, Klema Law PL takes information security very seriously. While no specific compromise or threat actor has been identified, the precautions still underway have uncharacteristically limited the firm's usual timeliness for certain deadlines, and in this particular case the two filings required by the local rules and the Court's order.

The required disclosures, however, have now been filed. [ECF 16 and 17].

Bell Performance and the undersigned are sincerely apologetic about the unexpected delay, but trusts the explanation herein and filings satisfies the Court's requirement to show cause. Should the Court require anything further of Bell Performance or the undersigned, we invite the Court's further instructions.

    /s/ Griffin Klema  
Griffin C. Klema, Esq.  
Fla. Bar No. 100279  
Griffin@KlemaLaw.com  
**Klema Law, P.L.**

PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*