# Exhibit A

**Exhibit A**

**Exhibit A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LTD.,

    Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

    Defendant.

___

## **DECLARATION OF GRIFFIN C. KLEMA, ESQ. IN RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

    I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

    1.    I submit this declaration in support of my and defendant Bell Performance Inc.'s response to the Court's order to show cause why the filling of defendant's notice of related cases and corporate disclosure statement were untimely.

    2.    As I previously declared, I am a true solo practitioner, and my firm does not employ any associate attorneys and I do not have any partners. Nor do I employ a paralegal or support staff. All work is performed by me, including purchasing and managing all information technology (IT) hardware and software.

    3.    As I previously declared, my family and I had a pre-planned vacation to Wisconsin starting December 21, 2023, and concluding on Sunday, January 7, 2024.

4.      Prior to the vacation, I had purchased a number of new IT hardware systems, including a new server for the firm's client files and legal library, as well as laptop computer. Legacy infrastructure was to be phased out. I had time set aside during the week of January 8, 2024, to onboard those new components with an expected timetable of three days to complete.

5.      Due to the Court denying defendant's motion for extension of time (entered while I was still away on January 5, 2024), I began the conferral process with counsel for plaintiff on Monday, January 8, 2024, after returning from vacation.

6.      By January 10, 2024, my new laptop was up and running and I was also working on getting the new server running and returning my focus 100% to client matters. By oversight I did not calendar the deadline for the Local Rule filings required by rules 1.07 and 3.03 (and as required by the December 1, 2023 order), and my attention remained on the deadline for a response to the complaint given the Court's denial of the initial motion and critical deadlines in other client files.

7.      On Saturday, January 13, 2024, counsel for plaintiff agreed to the requested extension of time (provided by email), and on Tuesday, January 16, 2024, I then filed a renewed motion for extension of time for defendant to respond to the plaintiff's complaint. [ECF 12].

8.      However, on January 17, 2024, I noticed unusual application behavior on my new Windows 11 laptop that struck me as concerning and possibly indicating a compromise of my firm's computer systems and/or network environment.

9. Immediately thereafter and in the ensuing days I took protective measures in an abundance of caution to protect my client files and other business and personal assets, including taking the firm's server (and all other endpoints) offline while running further security scans and discussing my concerns with additional outside security vendors. I was unable to perform any legal work whatsoever for many days. Slowly, starting on January 23, 2024, after considerable effort to carefully move critical files off the firm's old server, I began resuming working on client matters, but in a constrained environment without my usual efficiency and speed.

10. To date, that security response is ongoing and includes "threat hunting," which is causing the firm's typical fast and efficient operations to be severely impacted. While there has been no definitive threat identification or other "incident" apart from what I can only describe as a possible "indicator of compromise" ("IOC" as the term is known), I am continuing to approach the firm's operations very cautiously and expect to be operating back at full capacity shortly as the threat hunt process continues.

Dated: February 1, 2024.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*
