# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

## Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LTD.,

      Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

      Defendant.

_____

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

## 1. Date and Attendees

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on February 1, 2024, by telephone. Daniel DeSouza for plaintiff and Griffin Klema for defendant attended the conference.

## 2. Deadlines and Dates

The parties request these deadlines and dates:

| Action or Event | | Date |
|---|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | | 2/5/2024 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | | 4/5/2024 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | Plaintiff | 3/29/2024 |
| | Defendant | 4/26/2024 |
| | Rebuttal | 5/17/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 7/19/2024 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 9/20/2024 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. Glenn J. Waldmann; 757 SE 17th St #361, Fort Lauderdale, FL 33316; 954-468-1313 | | 8/23/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 1/10/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 1/24/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 2/3/2025 |
| Month and year of the trial term. | | 2/17/2025 |

The trial will last approximately 3-4 days and be

☒ jury.

☐ non-jury.

**3.   Description of the Action**

Plaintiff's Description: This is an action for alleged copyright infringement of a photograph that was previously displayed on Defendant's website.

Defendant's Description: This is a copyright trolling case in which plaintiff seeks excessive damages ($30,000) grossly beyond the fair market value of a blog post image ($30, see https://www.istockphoto.com/photo/bacteria-lactobacillus-in-human-intestine-gm1338810289-419287996 3 credits / $28 or $9.90 as part of 10-image downloads in 1 month plan). Plaintiff's business model is litigation, not licensing.

**4.   Disclosure Statement**

☒   The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

**5.   Related Action**

☒   The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

**6.   Consent to a Magistrate Judge**

"A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐   The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒   The parties do not consent.

**7. Preliminary Pretrial Conference**

☒ Defendant requests a preliminary pretrial conference to address its Rule 12(c) motion and stay of the litigation, including Rule 26(a) initial disclosures. Plaintiff does not believe such a conference is necessary and opposes same.

☐ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

**8. Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

**9. Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A.  The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

    ☒ Defendant believes the timing of the initial disclosures and all other deadlines and discovery should be stayed pending disposition of its Rule 12(c) motion. Plaintiff opposes any change in timing for the initial disclosures.
    ☐ Yes.
    ☐ No; instead, the parties agree to these changes: enter changes.

B.  Discovery may be needed on these subjects: Plaintiff believes the following discovery is needed: Defendant's alleged use of the photograph; the registration of the photograph; prior licensing; profits. Defendant believes the following discovery is needed: Prior settlements by plaintiff, plaintiff's presuit settlement demands, settlement demands made to third parties respecting alleged copyright infringement, inaccuracies on the certificate of

registration and the Register of Copyrights' opinion on registrability pursuant to § 411(b)(1)(B), chain of title to the registration and copyrights, originality and authorship of the subject image in the singular unpublished compilation work, objective market value of a stock image.

C.  Discovery should be conducted in phases:

⊠  Defendant seeks to bifurcate discovery in two phases: (1) as to the statute of limitations first, and only then, if not disposed of by its Rule 12(c) motion, (2) proceed into full discovery. Plaintiff opposes bifurcation.

☐  No.

☐  Yes; describe the suggested phases.

D.  Are there issues about disclosure, discovery, or preservation of electronically stored information?

☐  No.

⊠  Yes; .

E.  ⊠  The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.  The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

⊠  No.

☐  Yes; describe the stipulation.

## 10. Request for Special Handling

⊠  The parties do not request special handling.

☐  The parties request special handling. Specifically, describe requested special handling.

☐  Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

**11. Certification of familiarity with the Local Rules**

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

**12. Signatures**

By: _/s/ Daniel DeSouza_
Daniel DeSouza, Esq.
Florida Bar No.: 19291
**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
*Attorney for Plaintiff*

___/s/ Griffin Klema_____
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*