UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LTD.,

    Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

    Defendant.

---

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR JUDGMENT ON THE PLEADINGS [ECF 23]

Defendant, Bell Performance, Inc., by and through its attorney, Griffin Klema, Esq., and pursuant to Local Rule 3.01(h), requests oral argument on its motion for judgment on the pleadings, [ECF 23]. Defendant anticipates the time necessary would be thirty minutes.

          /s/ Griffin Klema
          Griffin C. Klema, Esq.
          Fla. Bar No. 100279
          Griffin@KlemaLaw.com
          **Klema Law, P.L.**
          PO Box 172381
          Tampa, FL 33672
          420 W. Kennedy Boulevard
          Tampa, FL 33606
          Telephone: 202-713-5292
          *Attorney for Defendant*