UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LTD.,

    Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

    Defendant.

## UNOPPOSED MOTION TO MODIFY THE COURT'S STAY ORDER [DE 28]

Defendant, Bell Performance, Inc., by and through its attorney, Griffin Klema, Esq., and pursuant Local Rule 3.01, and the Court's order staying these proceedings, [DE 28], moves the Court to modify that order and eliminate the ongoing 30-day status report and instead align the timing of future updates to the Court according to any further action the Supreme Court takes in the case of Warner Chappell Music, Inc. v. Nealy, no. 21-13232. Plaintiff does not oppose this relief.

1.    Defendant Bell Performance moved for judgment on the pleadings, [DE 23], and moved an order staying this case pending the disposition of certain appeals that would directly control the merits of the dispositive motion, including the Eleventh Circuit's disposition of an appeal presenting the question of copyright infringement claim accrual, Affordable Aerial Photography Inc. v. Property Matters USA Corp, no.

23-11662 (11th Cir.), and the Supreme Court's disposition of a petition for writ of certiorari concerning the statute of limitations and scope of damages in <u>Warner Chappell Music, Inc. v. Nealy</u>, no. 22-1078. [DE 25].

2. This Court granted the defendant's motion to stay, and requires the defendants to file a status report with the Court every 30 days. [DE 28] (the "Stay Order").

3. The parties' respective counsel are the attorneys of record in two other cases, which also raised the same issues (motion for judgment on the pleadings, arguing the statute of limitations has run and a separate motion to stay). <u>Affordable Aerial Photography, Inc. v. Sync RFID Inc.</u>, no. 2:23-cv-14379-KMM (S.D. Fla.); <u>Harrington v. Island Villa Rental Props. Inc.</u>, no. :23-cv-10080-JEM (S.D. Fla.).

4. Those courts have likewise granted stays pending the Supreme Court's disposition of <u>Warner Chappell</u>. Copies of each of those courts' orders are attached as Exhibits A and B. Neither of those courts' stay orders require an ongoing 30-day status report.

5. The undersigned is actively monitoring the docket in <u>Warner Chappell</u>, and <u>AAP v. Property Matters</u> both manually and through automated services to alert to any changes.

6. To improve efficiency and reduce unnecessary docket entries in this Court, Bell Performance requests that the ongoing status report obligation in the Stay Order be vacated, and proposes to align this court's Stay Order with the other courts' stay orders and tie the parties' obligation to update the Court to the actual disposition

in Warner Chappell, just as Judge Martinez did in the Island Villas case, Ex. A.

7. Plaintiff Science Photo Library does not oppose the relief proposed by Bell Performance.

WHEREFORE, defendant respectfully requests the Court modify the Stay Order, [DE 28], to vacate the requirement to provide ongoing 30-day status reports, and enter a modified order maintaining the stay but requiring only that "[t]he parties shall file a joint status report within seven days of the issuance of an opinion in Warner Chappell."

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 3.01(g), Counsel for the movant certifies that on March 21, 2024, he conferred with plaintiff's counsel by telephone, and agreed that plaintiff Science Photo Library Ltd. does not oppose the relief sought herein.

/s/ Griffin Klema
Griffin C. Klema, Esq.