# Exhibit A

**Exhibit A**

**Exhibit A**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-10080-CIV-MARTINEZ

MAUREEN HARRINGTON, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
BLAINE HARRINGTON III,

    Plaintiff,

v.

ISLAND VILLA RENTAL PROPERTIES INC.,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court upon the parties' Joint Motion and Stipulation to Stay Proceedings pending the Supreme Court's decision in *Warner Chappell Music, Inc. v. Nealy* ("Motion to Stay"). (ECF No. 24). Plaintiff brings a claim alleging trademark infringement. Defendant has moved for Judgment on the pleadings based on timeliness. (ECF No. 23.) The question as whether under the discovery accrual rule applied by the circuit courts and the Copyright Act's statute of limitations for civil actions, 17 U.S.C. §507(b), a copyright plaintiff can recover damages for acts that allegedly occurred more than three years before the filing of a lawsuit, is pending before the Supreme Court in *Warner Chappell*.

    Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

    1.    The parties' Motion to Stay, (ECF No. 24), is **GRANTED**.

    2.    This case is **STAYED** pending the Supreme Court's opinion in *Warner Chappell Music, Inc. v. Nealy*.

    3.    The parties shall file a joint status report **within seven days** of the issuance of an opinion in *Warner Chappell*.

    4.    This case is **CLOSED for administrative purposes**. This shall not affect the substantive rights of the parties.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of March 2024.

                                                     JOSE E. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record