# Exhibit B

**Exhibit B**

**Exhibit B**

**griffin@klemalaw.com**

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Thursday, February 29, 2024 4:12 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-14379-KMM Affordable Aerial Photography, Inc. v. Sync RFID Inc Order on Motion for Judgment on the Pleadings |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/29/2024 at 4:11 PM EST and filed on 2/29/2024

| | |
|---|---|
| **Case Name:** | Affordable Aerial Photography, Inc. v. Sync RFID Inc |
| **Case Number:** | 2:23-cv-14379-KMM |
| **Filer:** | |
| **Document Number:** | 23(No document attached) |

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant's Expedited Motion to Stay. [16]. Therein, Defendant requests that the Court stay proceedings and administratively close this action until the pending Motion for Judgment on the Pleadings [15] is decided or until the Supreme Court or Eleventh Circuit issue potentially controlling decisions. Id. at 1. Defendant explains that in a review of Nealy v. Warner Chappell Music, Inc., 60 F.4th 1325 (11th Cir. 2023), the Supreme Court recently held oral argument and will soon decide whether, under the discovery accrual rule, a copyright plaintiff can recover damages for acts that allegedly occurred more than three years before the filing of a lawsuit. Id. at 2. Defendant argues that this decision will likely be dispositive of Plaintiff's claim, either as a direct result of the scope of damages available or as to the claim's timeliness altogether, thus justifying a stay of this case. Id. In response, Plaintiff argues that Nealy will not be dispositive because the Supreme Court will only address damage calculations, not the statute of limitations in copyright cases. [20] at 4.**

**"The district court has broad discretion to stay proceedings as an incident to its power to control its own docket." Four Seasons Hotels & Resorts, B.V. v. Consorcio Barr S.A., 377 F.3d 1164, 1172 n.7 (11th Cir. 2004) (quoting Clinton v. Jones, 520 U.S. 681, 706 (1997)). The length of the requested stay will not be indefinite or immoderate. See Ortega Trujillo v. Conover & Co. Commc'ns, 221 F.3d 1262, 1264 (11th Cir. 2000). The Court finds that there is a significant likelihood the Supreme Court's pending decision in Nealy may inform how the Court rules on**

**the Motion for Judgment on the Pleadings in the instant case. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Expedited Motion to Stay [16] is GRANTED. This case is hereby STAYED for ninety days. The Clerk of Court is INSTRUCTED to administratively CLOSE this action. The Parties may move to reopen the case or extend the stay, depending on whether the Supreme Court has issued a decision in Nealy v. Warner Chappell Music, Inc.**

**Signed by Judge K. Michael Moore on 2/29/2024. (sdu)**

**2:23-cv-14379-KMM Notice has been electronically mailed to:**

Daniel DeSouza    ddesouza@desouzalaw.com, christine@copycatlegal.com, hthomas@desouzalaw.com, meghan@copycatlegal.com, pleadings@copycatlegal.com

Griffin C Klema    griffin@klemalaw.com, gcklema@recap.email

**2:23-cv-14379-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**