UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LTD.,

 Plaintiff,

v.

BELL PERFORMANCE, INC.
a Florida corporation,

 Defendant.

---

**STATUS REPORT**

 Defendant, Bell Performance, Inc., pursuant to the Court's order requiring a written status report every thirty days from the date of the stay order [DE 28], hereby advises that, to date, there has been no new docket entry or other activity in <u>Warner Chappell Music, Inc. v. Nealy</u>, no. 22-1078 since the Supreme Court heard oral argument on February 21, 2024.

                /s/ Griffin Klema
               Griffin C. Klema, Esq.
               Fla. Bar No. 100279
               Griffin@KlemaLaw.com
               **Klema Law, P.L.**
               PO Box 172381
               Tampa, FL 33672
               420 W. Kennedy Boulevard
               Tampa, FL 33606
               Telephone: 202-713-5292
               *Attorney for Defendant*