IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY LIMITED,
    Plaintiff,

v.

BELL PERFORMANCE, INC.,
    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Science Photo Library Limited and Defendant Bell Performance, Inc. hereby give notice, pursuant to Local Rule 3.09(a), that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: August 29, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | KLEMA LAW, P.L.<br>420 W Kennedy Blvd<br>Tampa, FL 33606<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: /s/ Daniel DeSouza<br>    Daniel DeSouza, Esq.<br>Florida Bar No.: 19291 | By: /s/ Griffin Klema<br>Griffin C. Klema, Esq.<br>Florida Bar No.: 100279 |