IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-02302-PGB-LHP

SCIENCE PHOTO LIBRARY
LIMITED,

    Plaintiff,

v.

BELL PERFORMANCE, INC.,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Science Photo Library Limited and defendant Bell Performance, Inc., being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit.  The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated:  October 30, 2024.

| | |
|---|---|
| **COPYCAT LEGAL PLLC**<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza___<br>   Daniel DeSouza, Esq.<br>   Florida Bar No.: 19291 | **KLEMA LAW, PL**<br>PO Box 172381<br>Tampa, FL 33672<br>420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com<br><br>*Attorney for Defendant*<br><br>By: /s/Griffin Klema___<br>   Griffin Klema, Esq.<br>   Florida Bar No.: 100279 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.