**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCIENCE PHOTO LIBRARY LIMITED,**

   Plaintiff,

v.            Case No: 6:23-cv-2302-PGB-LHP

**BELL PERFORMANCE, INC.,**

   Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed October 30, 2024. (Doc. 45). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Bell Performance, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 31, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties