AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| **DOCKET NO.**<br>6:23-cv-2302-PGB-LHP | **DATE FILED**<br>November 30, 2023 |
| | 801 N Florida Avenue<br>Tampa, FL 33602 |

| PLAINTIFF | DEFENDANT |
|---|---|
| SCIENCE PHOTO LIBRARY LIMITED | BELL PERFORMANCE, INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1    see attached | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✖ Order  ☐ Judgment | Yes    No | October 31, 2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ELIZABETH M. WARREN | Melanie Bowman | November 1, 2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCIENCE PHOTO LIBRARY LIMITED,**

      **Plaintiff,**

v.                                                                                 Case No: 6:23-cv-2302-PGB-LHP

**BELL PERFORMANCE, INC.,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed October 30, 2024. (Doc. 45). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Bell Performance, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 31, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties